APPEAL NO. 73-146. RHODE ISLAND OPHTHALMOLOGICAL SOCIETY *et al. v.* JOSEPH E. CANNON *et al.* Motion to stay defendants' issuance of licenses denied. Motion of plaintiffs-appellants, Rhode Island Ophthalmological Society et al., for an early assignment is granted, and the matter assigned to the argument list for December 1973. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiffs-appellants. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *George H. Egan,* Special Asst. Attorney General, for Joseph E. Cannon et al. *Letts, Quinn & Licht, Frank Licht, Jerome B. Spunt,* for intervenors-appellees.

APPEAL NO. 73-216. OLD COLONY COOPERATIVE BANK *v.* NATIONWIDE MUTUAL FIRE INSURANCE COMPANY. Motion of appellant, Nationwide Mutual Fire Insurance Company, to consolidate instant case with case of *Greater Providence Trust Company* v. *Nationwide Mutual Fire Insurance Company,* No. 73-245-Appeal, denied. Joslin, J., not participating. *Zietz, Sonkin & Radin, Richard S. Mittleman,* for plaintiff-appellee. *Edward E. Dillon, Jr.,* for defendant-appellant.